

FILED

AUG 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

1  Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
2  5055 Wilshire Blvd, Suite 300
Los Angeles, CA 90036
3  T: (323) 988-2400; F: (866) 802-0021
Attorneys for Plaintiff,

4

5  **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION**

6

7  CHARLES RODEN                          )  Case No.:      '08 CV 1444 H NLS
                                         )
8          Plaintiff,                     )  **VERIFIED COMPLAINT AND DEMAND
                                         )  FOR JURY TRIAL**
9      vs.                                )
                                         )  **(Unlawful Debt Collection Practices)**
10  MIDLAND CREDIT MANAGEMENT, INC. )
                                         )
11         Defendant.                     )
                                         )
12  ─────────────────────────────── )

13                          **COMPLAINT**

14      COMES NOW the Plaintiff, CHARLES RODEN ("Plaintiff"), by and through his

15  attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant,

16  MIDLAND CREDIT MANAGEMENT, INC., alleges and affirmatively states as follows:

17                          **INTRODUCTION**

18      1.    The United States Congress has found abundant evidence of the use of abusive,

19  deceptive, and unfair debt collection practices by many debt collectors, and has determined that

20  abusive debt collection practices contribute to the number of personal bankruptcies, to marital

21  instability, to the loss of jobs, and to invasions of individual privacy. Congress wrote the Fair

22  Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate

23  abusive debt collection practices by debt collectors, to insure that those debt collectors who

24  refrain from using abusive debt collection practices are not competitively disadvantaged, and to

25

- 1 -

1    promote consistent State action to protect consumers against debt collection abuses. (15 U.S.C.

2    1692(a) – (e)).

3        2.    Plaintiff, through Plaintiff's attorneys, brings this action to challenge the actions

4    of MIDLAND CREDIT MANAGEMENT, INC. (hereinafter "Defendant") with regard to

5    attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly

6    owed by Plaintiff, and this conduct caused Plaintiff damages.

7        3.    For the purposes of this Petition, unless otherwise indicated, "Defendant"

8    includes all agents, employees, officers, members, directors, heirs, successors, assigns,

9    principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this

10    caption.

11                        **JURISDICTION AND VENUE**

12        4.    Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that

13    such actions may be brought and heard before "any appropriate United States district court

14    without regard to the amount in controversy."

15        5.    Because Defendant maintains a business office and conducts business in the state

16    of California, personal jurisdiction is established.

17        6.    Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

18        7.    Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

19                        **PARTIES**

20        8.    Plaintiff is a natural person who resides in the State of Georgia and is obligated

21    or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C.

22    1692a(3).

23        9.    Plaintiff is informed and believes, and thereon alleges, that Defendant is a

24    national company with a business office in the City of San Diego, County of San Diego, State of

25    California.

- 2 -

VERIFIED COMPLAINT

10.    Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## **FACTUAL ALLEGATIONS**

11.    Defendant has been placing constant and continuous calls to Plaintiff in an attempt to collect upon an alleged debt.

12.    Defendant is seeking to speak with, or get location information for, a woman named "Tongi".

13.    Plaintiff has repeatedly informed Defendant that Tongi does not live at his home and has asked Defendant repeatedly to cease making calls to him.

14.    Defendant continues to place calls despite this.

15.    Defendant often places calls to Plaintiff and fails to identify the caller by either hanging up the line or remaining silent.  (See Exhibit A).

16.    Defendant continuously places multiple calls a day, nearly every day to Plaintiff in a harassing and abusive attempt to collect upon the alleged debt owed by someone other than Plaintiff.  (See Exhibit A).

17.    Defendant has placed calls to Plaintiff after 9pm.

///
///
///
///
///

- 3 -

VERIFIED COMPLAINT

## COUNT I

### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

18.    Plaintiff repeats, reallages and incorporates by reference all of the foregoing paragraphs.

19.    Defendant **violated the FDCPA**.  Defendant's violations include, but are not limited to the following:

a).    Defendant violated the FDCPA § 1692c(a)(1) when Defendant, through its agents and employees, place calls to Plaintiff after 9pm.

b).    Defendant violated the FDCPA § 1692d(5) when Defendant, through its agents, employees and legal counsel, place constant calls to Plaintiff and cause his phone to ring constantly and continuously in an attempt to harass and abuse him.

c).    Defendant violated the FDCPA § 1692d(6) when Defendant, through its agents and employees, continuously failed to identify the caller by either hanging up the line or remaining silent when Plaintiff answered.

20.    As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety, and humiliation.  (See Exhibit B).

**WHEREFORE,** Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

21. Declaratory judgment that the Defendant's conduct violated the Federal Act, FDCPA.

22. Actual damages.

23. Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

24. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

25. Any other relief that this court deems to be just and proper.

- 4 -

RESPECTFULLY SUBMITTED,

DATED:  July 31, 2008

KROHN & MOSS, LTD.

By: _____

Nicholas J. Bontrager
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, CHARLES RODEN, hereby demands trial by jury in this action.

- 5 -

VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF GEORGIA)

    Plaintiff, CHARLES RODEN, says as follows:

1.    I am the Plaintiff in this civil proceeding.
2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.
6.    Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7.    Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, CHARLES RODEN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: *06-04-2008*

                                      CHARLES RODEN,
                                      Plaintiff

- 6 -

VERIFIED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## **EXHIBIT A**

VERIFIED COMPLAINT

From: roden_c@bellsouth.net [mailto:roden_c@bellsouth.net]
Sent: Wednesday, July 30, 2008 5:07 PM
To: Krohn, Adam
Subject: Re: Thank you for signing up with Krohn & Moss, Ltd.


I believe we have just had two more calls from this outfit.
Midland Credit Mgmnt., one at 7:25 PM, and another at 7:32 PM
today, 07/340/2008.  The calls were "unknown" as have been all
of the others.  The first one this evening came with no voice
at all, then the caller just hung up.  The second one asked for
Mr. Roden. me. and I said yes and since it was a heavy foreign
accent, I asked if it was Jon, an aquaintence of mine.  He
mumbled something and broke the connection. He sounded just like
the man who has called us numerous times seeking to collect a
dead account for Friedmans Jewelers, not our account


The number each time was 968 661 0214. I also filed a complaint
with the Feds.


Charles Roden

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT B</u>**

VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — YES NO
3. Nervousness — YES NO
4. Fear of answering the door — YES NO
5. Embarrassment when speaking with family or friends — YES NO
6. Depression (sad, anxious, or "empty" moods) — YES NO
7. Chest pains — YES NO
8. Feelings of hopelessness, pessimism — YES NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — YES NO
11. Thoughts of death, suicide or suicide attempts — YES NO
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — YES NO
14. Negative impact on my job — YES NO
15. Negative impact on my relationships — (YES) NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _continual disruption of life and activities by persons who refuse to identify selves, leave phone numbers, and abuse me/land spouse against all decorum is the refusing to aid in a legitimate business activity and doing, in effect, financial deadbeat, calls were also made on Saturday and Sunday_

     Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _08-04-2008_          _Charles Roden_
                              Signed Name

                              _Charles Roden_
                              Printed Name

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

## # 153806    — TC

## August 08. 2008
## 10:25:39

### Civ Fil Non—Pris
USAO #.: O8CV1444
Judge..: MARILYN L HUFF
Amount.:                    $350.00 CK
Check#.: BC12124

## Total—>  $350.00

FROM: CHARLES RODEN
      VS
      MIDLAND CREDIT MANAGEMENT

⚞JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**

**I. (a) PLAINTIFFS**

Charles Roden

**DEFENDANTS**

Midland Credit Management Inc.

AUG 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

**(b)** County of Residence of First Listed Plaintiff   (GA)

(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Krohn & Moss, Ltd.; Nicholas J. Bontrager (323) 988-2400
5055 Wilshire Blvd, Suite 300, Los Angeles, CA  90036

Attorney's (If Known)

**'08 CV 1444 H NLS**

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) | | | |
|---|---|---|---|---|---|
| | | (For Diversity Cases Only) | | | |
| ☐ 1   U.S. Government Plaintiff | ☒ 3   Federal Question (U.S. Government Not a Party) | | PTF  DEF | | PTF  DEF |
| | | Citizen of This State | ☐ 1   ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4   ☐ 4 |
| ☐ 2   U.S. Government Defendant | ☐ 4   Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2   ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5   ☐ 5 |
| | | Citizen or Subject of a Foreign Country | ☐ 3   ☐ 3 | Foreign Nation | ☐ 6   ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

| V. ORIGIN (Place an "X" in One Box Only) | | | | | | | Appeal to District |
|---|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 | Judge from Magistrate Judgment |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692 et seq.

Brief description of cause:
Unlawful and abusive debt collection pratices.

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ Yes  ☐ No |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**   (See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   08/05/2008

SIGNATURE OF ATTORNEY OF RECORD   _(signature)_

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____